# United States District Court
# Western District of North Carolina
# Asheville Division

| John Rice, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff(s), | ) | 1:22-cv-00012-FDW |
| vs. | ) | |
| Commissioner of Social Security, Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2023 Order.

March 7, 2023

Frank G. Johns, Clerk
United States District Court